IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SYLVESTER O. BARBEE                                                                                   PLAINTIFF

      v.                                             Civil No. 09-6112

LT. DUBOISE, Ouachita River
Correctional Unit (ORCU); LT.
DANIELS, ORCU; MAJOR
WARNER, ORCU; MRS. D. YOUNG;
and FRED HARRIS, Chief of Pharmacy                                                       DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Sylvester O. Barbee (hereinafter Barbee), filed this action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.* Currently pending before me for report and recommendation is a motion for summary judgment (Doc. 42) filed by Separate Defendant Fred Harris (hereinafter Harris). Barbee filed a response to the motion (Doc. 61).

The sole basis for Harris' motion is that Barbee failed to respond to requests for admission within thirty days after being served. On the basis of the "admitted facts," Harris maintains no cause of action is stated against him under 42 U.S.C. § 1983.

In opposition, Barbee states he did not receive the requests. He notes he had been transferred from one unit of the Arkansas Department of Correction to another. The same day he responded to the summary judgment motion, Barbee filed his response to the requests for admission (Doc. 58).

I therefore recommend that the motion for summary judgment (Doc. 42) filed by Separate Defendant Harris be denied.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 3rd day of March 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE