```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

SYLVESTER O. BARBEE                                          PLAINTIFF

      v.                    Civil No. 09-6112

LT. DUBOISE, Ouachita River
Correctional Unit (ORCU); LT.
DANIELS, ORCU; MAJOR
WARNER, ORCU; MRS. D. YOUNG;
and FRED HARRIS, Chief of Pharmacy                          DEFENDANTS

**ORDER**

Now on this 23rd day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #71), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #71) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (document #21)** filed by Separate Defendant Dream Redic-Young is **granted** and all claims against her are **dismissed.**

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE