```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

SYLVESTER O. BARBEE                                    PLAINTIFF

            v.            Civil No. 09-6112

LT. DUBOISE, Ouachita River
Correctional Unit (ORCU); LT.
DANIELS, ORCU; MAJOR
WARNER, ORCU; MRS. D. YOUNG;
and FRED HARRIS, Chief of Pharmacy                    DEFENDANTS

## ORDER

Now on this 23rd day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #72), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #72) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that **Separate Defendant Fred Harris' Motion for Summary Judgment with Incorporated Brief (document #42)** should be, and hereby is, **denied.**

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                         JIMM LARRY HENDREN
                         UNITED STATES DISTRICT JUDGE