```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

SYLVESTER O. BARBEE                                          PLAINTIFF

       v.               Civil No. 09-6112

LT. DUBOISE, Ouachita River
Correctional Unit (ORCU); LT.
DANIELS, ORCU; MAJOR
WARNER, ORCU; and
FRED HARRIS, Chief of Pharmacy                              DEFENDANTS

### ORDER

Now on this 12th day of September, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #81), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #81) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that plaintiff's motion for summary judgement (doc. 64) is **DENIED.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE