IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SYLVESTER O. BARBEE                                                                                       PLAINTIFF

       v.                                     Civil No. 09-6112

LT. DUBOISE, Ouachita River
Correctional Unit (ORCU); LT.
DANIELS, ORCU; MAJOR
WARNER, ORCU; MRS. D. YOUNG;
and FRED HARRIS, Chief of Pharmacy                                                            DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

       This is a civil right action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis.*

       By notice and scheduling order issued on June 23, 2011 (ECF Nos. 77 & 78), this case was scheduled for an evidentiary hearing on Tuesday, October 18, 2011, beginning at 10:00 a.m. in the United States Courthouse, 100 Reserve Street, Room 360, Hot Springs, Arkansas.  According to the terms of the scheduling order (ECF No. 78), the parties were to, among other things, submit an information sheet containing the following information for each witness they desired to call:  name; address, identification (example, former cell mate); prisoner number (if witness is a prisoner and number is known); and a very brief description of the expected testimony.

       Plaintiff is proceeding *pro se* and *in forma pauperis.*  This means the Court issues and serves all subpoenas or writs for the Plaintiff.  The Court cannot do so without the information required by the scheduling order.  The responses to the scheduling order were due on September 18th.  By courtesy letter dated September 2nd, the parties were reminded of their duties under the scheduling order.  Defendants have filed their responses (ECF Nos. 86 & 87).  However, Plaintiff has not.

       On September 21, 2011, a show cause order was entered giving Plaintiff until October 3, 2011, to show cause why this action should not be dismissed based on his failure to obey the order of the Court and his failure to prosecute this action.  Plaintiff has not responded to the show cause order.  No mail has been returned as undeliverable.

I therefore recommend this case be dismissed with prejudice based on Plaintiff's failure to prosecute this action and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b). By separate order the evidentiary hearing and writ of habeas corpus ad testificandum will be cancelled.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of October 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)