```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

SYLVESTER O. BARBEE                                              PLAINTIFF

        v.              Civil No. 09-6112

LT. DUBOISE, Ouachita River
Correctional Unit (ORCU); LT.
DANIELS, ORCU; MAJOR
WARNER, ORCU; and
FRED HARRIS, Chief of Pharmacy                                   DEFENDANTS

**ORDER**

    Now on this 26th day of October, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #85), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

    **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #85) is **adopted in its entirety.**

    **IT IS FURTHER ORDERED** that the **Motion to Dismiss the Complaint** (document #82) of separate defendant Fred Harris is **GRANTED and all claims asserted against Fred Harris are DISMISSED.**

    **IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE